CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD HENRY LOFTIN,<br><br>Defendant. | Case No. 2:22-mj-00070-BNW<br><br>**Joint Status Report** |

      The government, by and through Bianca R. Pucci, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Chad Henry Loftin, hereby submit this Joint Status Report.

      1.    On January 21, 2022, this Court ordered the parties to file a stipulation as to the outcome of the defendant's revocation hearing in case 2:13-cr-00304-JCM-CWH.

      2.    The preliminary hearing in case 2:13-cr-00304-JCM-CWH was continued to February 28, 2022.

///

///

///

///

1

3. The revocation hearing in case 2:13-cr-00304-JCM-CWH was continued to March 4, 2022.

**DATED** this 17th day of February, 2022.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney | */s/ Benjamin F. Nemec*<br>BENJAMIN F. NEMEC<br>Assistant Federal Public Defender<br>Chad Henry Loftin |

## **ORDER**

In light of ECF No. 11, IT IS ORDERED that the parties shall file an additional joint status report by March 8, 2022 informing the Court as to the outcome of Mr. Loftin's Revocation Hearing in 2:13-cr-0304-JCM so that this Court can track this case and ensure that Mr. Loftin is transported to the Central District of California after his criminal case in this District is resolved.

**IT IS SO ORDERED**

**DATED:** 6:43 pm, February 18, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**