CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHAD HENRY LOFTIN, <br><br> Defendant. | Case No. 2:22-mj-00070-BNW <br><br> **THIRD JOINT STATUS REPORT** |

The government, by and through Bianca R. Pucci, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Chad Henry Loftin, hereby submit this Joint Status Report.

1. On March 8, 2022, this Court ordered the parties to file a third stipulation as to the outcome of the defendant's revocation hearing in case 2:13-cr-00304-JCM-CWH.

2. The preliminary hearing in case 2:13-cr-00304-JCM-CWH was continued to June 13, 2022.

///

///

///

///

1

3. The revocation hearing in case 2:13-cr-00304-JCM-CWH was continued to June 10, 2022.

**DATED** this 11th day of April, 2022.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney | */s/ Benjamin F. Nemec*<br>BENJAMIN F. NEMEC<br>Assistant Federal Public Defender<br>Chad Henry Loftin |

**ORDER**

IT IS ORDERED that the parties must file an additional joint status report by June 15, 2022.

**IT IS SO ORDERED**

**DATED:** 2:05 pm, April 13, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**