JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00070-BNW |
| Plaintiff, | **FOURTH JOINT STATUS REPORT** |
| vs. | |
| CHAD HENRY LOFTIN, | |
| Defendant. | |

The government, by and through Bianca R. Pucci, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Chad Henry Loftin, hereby submit this Joint Status Report.

1. On April 13, 2022, this Court ordered the parties to file a fourth stipulation as to the outcome of the defendant's revocation hearing in case 2:13-cr-00304-JCM-CWH. ECF No. 17.

2. The preliminary hearing in case 2:13-cr-00304-JCM-CWH was continued to August 12, 2022.

///

///

1

3. The revocation hearing in case 2:13-cr-00304-JCM-CWH was continued to August 10, 2022.

**DATED** this 14th day of June, 2022.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney | */s/ Benjamin F. Nemec*<br>BENJAMIN F. NEMEC<br>Assistant Federal Public Defender<br>Chad Henry Loftin |

**ORDER**

IT IS ORDERED that the parties must file an additional joint status report by 8/15/2022.

**IT IS SO ORDERED**
**DATED:** 3:00 pm, June 15, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**