JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>vs.<br><br>CHAD HENRY LOFTIN,<br><br>            Defendant. | Case No. 2:22-mj-00070-BNW<br><br>**SIXTH JOINT STATUS REPORT** |

The government, by and through Bianca R. Pucci, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Chad Henry Loftin, hereby submit this Joint Status Report.

1.  On August 11, 2022, this Court ordered the parties to file a sixth joint status report as to the outcome of the defendant's revocation hearing in case 2:13-cr-00304-JCM-CWH. ECF No. 21.

///

///

///

1

2. The revocation hearing in case 2:13-cr-00304-JCM-CWH was continued to October 12, 2022.

**DATED** this 19th day of September, 2022.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney | */s/ Benjamin F. Nemec*<br>BENJAMIN F. NEMEC<br>Assistant Federal Public Defender<br>Chad Henry Loftin |

**ORDER**

IT IS ORDERED that the parties must file another joint status report by October 14, 2022.

**IT IS SO ORDERED**
**DATED:** 12:45 pm, September 21, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**